## Magid *v.* Ogburn *et al.*

Beck, J. No errors of law are shown to have been committed upon the trial of the case. The evidence authorized the verdict; and the trial judge having approved the same, it will not be disturbed here.

*Judgment affirmed. All the Justices concur.*
September 29, 1914.

Complaint. Before Judge Jones. Habersham superior court. June 28, 1913.

*Watkins & Lalimer, Edgar A. Neely,* and *McMillan & Erwin,* for plaintiff in error.

*W. A. Charters, Claude Bond,* and *I. H. Sutton,* contra.